# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTA L. FIELDS, | ) | CASE NO. 1:23-cv-35 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the magistrate judge in the above-entitled action, which was entered on November 3, 2023. (Doc. No. 16.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). On November 17, 2023, plaintiff Roberta L. Fields advised this Court that she would not be filing any objections to the magistrate judge's report and recommendation. (Doc. No. 17.) The fourteen-day period for filing objections has now passed and the defendant did not file any objections either. The failure to file written objections to a magistrate judge's report and recommendation constitutes a forfeiture of a de novo determination by the district court of an issue covered in the report. *Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

The Court has reviewed the magistrate judge's report and recommendation and adopts the same. Accordingly, defendant's final decision denying plaintiff's application for disability insurance benefits is affirmed.

**IT IS SO ORDERED**.

Dated: November 21, 2023

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**